UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JOHN D. HAWKINS, JR., | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. 4:13CV2325 JAR |
| DOUG PRUDDEN, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion for "Default of Judgment" (ECF No. 19) and Respondent's Motion for Extension of Time to file a surreply (ECF No. 20). In the Default of Judgment, Petitioner asks for a default judgment because of Respondent's failure to file a surreply. In the Motion for Extension of Time, Respondent asks for leave to file a surreply no later than October 10, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that on Petitioner's Motion for "Default of Judgment" [19] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Respondent's Motion for Extension of Time to file a surreply [20] is GRANTED. Respondent shall file a surreply no later than **October 10, 2014**.

Dated this 22nd day of September, 2014.

_John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE